## STATE OF CONNECTICUT *v.* JOSE POLANCO

The defendant's petition for certification for appeal from the Appellate Court, 108 Conn. App. 903 (AC 28182), is denied.

*Glenn W. Falk,* special public defender, in support of the petition.

*Laurie N. Feldman,* special deputy assistant state's attorney, in opposition.

Decided September 5, 2008